IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KENNETH A. LEVIN**                                                             **PLAINTIFF**

v.                                                            CAUSE NO. 1:16CV110-LG-RHW

**LOWE'S HOME CENTERS, LLC**                                    **DEFENDANT**

## JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendant. Plaintiff=s claims against the defendant are **DISMISSED** with prejudice.

**SO ORDERED AND ADJUDGED** this the 20th day of January, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE